# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00232-CR

**The State of Texas, Appellant**

**v.**

**Cesar A. Enamorado, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NO. C-1-CR-17-219112, THE HONORABLE JOHN LIPSCOMBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State of Texas, which filed a notice of appeal from the trial court's order granting a pretrial motion to suppress evidence, has now filed a motion to dismiss its appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellant's Motion

Filed: May 8, 2019

Do Not Publish